SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>HELP ENHANCEMENT NURSING, INC..,<br><br>et. al.,<br><br>Defendants | Case No.: CIV.S-09-00593-FCD-DAD<br><br>**ORDER FOR DISMISSAL OF DONALD D. HILL ONLY**<br><br>Complaint Filed: MARCH 3, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Donald D. Hill) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Donald D. HIll) is dismissed because this Defendant is deceased.

Dated: April 2, 2009             /s/Scott N. Johnson
                                 SCOTT N. JOHNSON
                                 Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: April 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE