## PORTER | SCOTT

A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Kayla C. Villa, SBN 255641
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
HEALTH ENHANCEMENTS NURSING, INC., erroneously sued as HELP ENHANCEMENTS NURSING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>HELP ENHANCEMENTS NURSING INC., Individually and dba HELP ENHANCEMENT; JEFF R. CHANDLER, Individually and dba ADVANCED BODY THERAPY; ERIC D. LOKEN, Individually and dba ACACIA SALON; SHARON LOKEN, Individually and dba ACACIA SALON; DONALD D. HILL; RITA L. HILL<br><br>       Defendants.<br>_____/ | Case No. 2:09-CV-00593-FCD-DAD<br><br>**STIPULATION AND ORDER GRANTING EXTENSION TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTT JOHNSON and Defendant HEALTH ENHANCEMENTS NURSING, INC., erroneously sued as HELP ENHANCEMENTS NURSING, INC., by and through the undersigned, that the parties have agreed to an extension of time to respond to the complaint. Defendant will now have until May 20, 2009 to file a responsive pleading with this court.

Dated: May 1, 2009                            DISABLED ACCESS PREVENTS INJURY, INC.


                                                                       By  /s/ *Scott N. Johnson*
                                                                          Scott N. Johnson

Dated: May 4, 2009         PORTER SCOTT
                           A PROFESSIONAL CORPORATION


                           By  /s/ *Jennifer E. Duggan*
                                 Jennifer E. Duggan


**ORDER**

IT IS SO ORDERED.

Dated: May 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE