SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | ) Case No. **2:09-cv-00593-FCD-DAD** |
| Plaintiff, | ) STIPULATION AND ORDER RE: |
| | ) EXTENSION OF TIME UNTIL JUNE |
| vs. | ) 12, 2009 FOR DEFENDANTS ERIC D. |
| | ) LOKEN; SHARON LOKEN TO RESPOND |
| HELP ENHANCEMENT NURSING, INC., | ) TO COMPLAINT |
| et. al., | ) |
| Defendants. | ) |
| | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Eric D. Loken; Sharon Loken, by and through, Scott N. Johnson; Eric D. Loken; Sharon Loken (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendants Eric D. Loken; Sharon Loken until May 13, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Eric D. Loken; Sharon Loken are granted an extension until June 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Eric D. Loken; Sharon Loken response will be due no later than June 12, 2009.

IT IS SO STIPULATED effective as of May 12, 2009

Dated:  May 12, 2009            /s/Eric D. Loken_____

                                Eric D. Loken

                                PRO SE


Dated:  May 12, 2009            /s/Sharon Loken___ _____

                                Sharon Loken

                                PRO SE

Dated:  May 12, 2009                    /s/Scott N. Johnson ____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


    **IT IS SO ORDERED:** that Defendants Eric D. Loken; Sharon Loken shall have until June 12, 2009 to respond to complaint.


Dated: May 13, 2009

                          _____
                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE