SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. **2:09-cv-00593-FCD-DAD** |
| Plaintiff, | STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JUNE 14, 2009 FOR DEFENDANT RITA L. HILL TO RESPOND TO COMPLAINT |
| vs. | |
| HELP ENHANCEMENT NURSING INC., et. al., | |
| Defendants. | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Rita L. Hill, by and through their respective attorneys of record, Scott N. Johnson; Julie Raney, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Rita L. Hill until May 15, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Rita L. Hill is granted an extension until June 14, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Rita L. Hill's response will be due no later than June 14, 2009.

IT IS SO STIPULATED effective as of May 15, 2009.

Dated: May 15, 2009                    /s/Julie Raney_____ ___
                                       Julie Raney,
                                       Attorney for Defendant
                                       Rita L. Hill

Dated: May 15, 2009                    /s/Scott N. Johnson _____
                                       Scott N. Johnson,
                                       Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Rita L. Hill shall have until June 14, 2009 to respond to complaint.

Dated: May 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3