SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HELP ENHANCEMENT NURSING INC., et. al.,<br><br>　　　　Defendants. | Case No. **2:09-cv-00593-FCD-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JUNE 14, 2009 FOR DEFENDANT HEALTH ENHANCEMENTS NURSING, INC. (ERRONEOUSLY SUED AS HELP ENHANCEMENT NURSING INC.) TO RESPOND TO COMPLAINT |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Health Enhancements Nursing, Inc. (erroneously sued as Help Enhancement Nursing Inc.), by and through their respective attorneys of record, Scott N. Johnson; Jennifer E. Duggan, stipulate as follows:

///

///

1

1. An extension of time has been previously obtained for Health Enhancements Nursing, Inc. (erroneously sued as Help Enhancement Nursing Inc.) until May 20, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Health Enhancements Nursing, Inc. (erroneously sued as Help Enhancement Nursing Inc.) is granted an extension until June 14, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Health Enhancements Nursing, Inc.'s (erroneously sued as Help Enhancement Nursing Inc.) response will be due no later than June 14, 2009.

IT IS SO STIPULATED effective as of May 20, 2009

Dated: May 20, 2009  /s/ Jennifer E. Duggan
Jennifer E. Duggan,
Attorney for Defendant
Help Enhancement Nursing Inc.

Dated: May 20, 2009  /s/Scott N. Johnson
Scott N. Johnson,
Attorney for Plaintiff

| | |
|---|---|
| 1 | **IT IS SO ORDERED:** that Defendant Health Enhancements Nursing, Inc. (erroneously sued as Help Enhancement Nursing Inc.) shall have until June 14, 2009 to respond to complaint. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: May 22, 2009  _____ |
| 8 | FRANK C. DAMRELL, JR.  UNITED STATES DISTRICT JUDGE |