SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>HELP ENHANCEMENT NURSING INC.,<br><br>et. al.,<br><br>         Defendants. | Case No. **2:09-CV-00593 FCD DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 12, 2009 FOR DEFENDANT JEFF R. CHANDLER TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Jeff R. Chandler, by and through their respective attorneys of record, Scott N. Johnson; Bruce Nelson, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Jeff R. Chandler until June 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Jeff R. Chandler is granted an extension until July 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Jeff R. Chandler's response will be due no later than July 12, 2009.

IT IS SO STIPULATED effective as of June 12, 2009

Dated:  June 12, 2009                    /s/Bruce Nelson_____ ___

                                         Bruce Nelson,

                                         Attorney for Defendant

                                         Jeff R. Chandler


Dated:  June 12, 2009                    /s/Scott N. Johnson _____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff

1  **IT IS SO ORDERED:** that Defendant Jeff R. Chandler
2  shall have until July 12, 2009 to respond to complaint.
3
4  Dated: June 12, 2009
5
6                                    _____
                                     FRANK C. DAMRELL, JR.
7                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3