SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON, | ) Case No. **2:09-cv-00593-FCD-DAD** |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER RE: |
|  | ) EXTENSION OF TIME UNTIL JULY |
| vs. | ) 12, 2009 FOR DEFENDANTS ERIC D. |
|  | ) LOKEN; SHARON LOKEN TO RESPOND |
| HELP ENHANCEMENT NURSING INC. | ) TO COMPLAINT |
| et. al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| _____ | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Eric D. Loken; Sharon Loken, by and through their respective attorneys of record, Scott N. Johnson; Eric D. Loken; Sharon Loken (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendants Eric D. Loken; Sharon Loken until June 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Eric D. Loken; Sharon Loken are granted an extension until July 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Eric D. Loken; Sharon Loken response will be due no later than July 12, 2009.

   IT IS SO STIPULATED effective as of June 12, 2009

Dated:  June 12, 2009                 /s/Eric D. Loken_____

                                      Eric D. Loken

                                      PRO SE


Dated:  June 12, 2009                 /s/Sharon Loken_____ ____

                                      Sharon Loken

                                      PRO SE

Dated:  June 12, 2009                    /s/Scott N. Johnson _____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff


     **IT IS SO ORDERED:** that Defendants Eric D. Loken; Sharon Loken shall have until July 12, 2009 to respond to complaint.


Dated: June 12, 2009

                         FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE