SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>HELP ENHANCEMENT NURSING INC.,<br><br>et. al.,<br><br>        Defendants, | Case No. **2:09-cv-00593-FCD-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 30, 2009 FOR DEFENDANTS ERIC D. LOKEN; SHARON LOKEN TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Eric D. Loken; Sharon Loken (PRO SE), stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Eric D. Loken; Sharon Loken until July 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Eric D. Loken; Sharon Loken are granted an extension until July 30, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Eric D. Loken; Sharon Loken response will be due no later than July 30, 2009.

IT IS SO STIPULATED effective as of July 15, 2009

Dated:  July 15, 2009                    /s/Eric D. Loken____
                                         Eric D. Loken
                                         PRO SE

Dated:  July 15, 2009                    /s/Sharon Loken_____
                                         Sharon Loken
                                         PRO SE

/ / /

/ / /

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

Dated:  July 15, 2009                         /s/Scott N. Johnson

                                              Scott N. Johnson,

                                              Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Eric D. Loken; Sharon Loken shall have until July 30, 2009 to respond to the complaint.

Dated: July 16, 2009

                                              _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE