SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br><br>  vs.<br><br>HELP ENHANCEMENT NURSING INC.<br><br>et. al.,<br><br>      Defendants. | Case No. **2:09-cv-00593-FCD-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 24, 2009 FOR DEFENDANT JEFF R. CHANDLER TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Jeff R. Chandler, by and through their respective attorneys of record, Scott N. Johnson; Bruce Nelson, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Jeff R. Chandler until July 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Jeff R. Chandler is granted an extension until July 24, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Jeff R. Chandler's response will be due no later than July 24, 2009.

IT IS SO STIPULATED effective as of July 20, 2009

Dated: July <u>20</u>, 2009            /s/Bruce Nelson_____

                                      Bruce Nelson,

                                      Attorney for Defendant

                                      Jeff R. Chandler


Dated: July 20, 2009                  /s/Scott N. Johnson_____

                                      Scott N. Johnson,

                                      Attorney for Plaintiff




/ / /

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

1  **IT IS SO ORDERED:** that Defendant Jeff R. Chandler
2  shall have until July 24, 2009 to respond to complaint.
3
4  Dated: July 20, 2009
5
6  _____
   FRANK C. DAMRELL, JR.
7  UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3