UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

HELP ENHANCEMENT NURSING, INC., et. al.,

        Defendants.
_____/

No. Civ. S-09-0593 FCD DAD

**O R D E R**

       Defendants in this matter, ERIC D. LOKEN and SHARON LOKEN, are now appearing in propria persona.  Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Dale A. Drozd for all pretrial scheduling and proceedings.

       IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.  Any pending requests shall be referred to the magistrate.

       IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-09-0593 FCD DAD PS**.

DATED: August 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE