JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Defendant Rita L. Hill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>HELP ENHANCEMENT NURSING INC., Individually and dba HELP ENHANCEMENT; JEFF R. CHANDLER, Individually and dba ADVANCED BODY THERAPY; ERIC D. LOKEN, Individually and dba ACACIA SALON; SHARON LOKEN, Individually and dba ACACIA SALON; DONALD D. HILL; RITA L. HILL,<br><br>            Defendant. | Case No. 2:09-CV-00593-FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).

/ / /

/ / /



1

STIPULATION AND ORDER FOR DISMISSAL

| | | |
|---|---|---|
| 1 | DATED:  September 1, 2009 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |
| 2 | | |
| 3 | | By: _____*/s/ Julie Raney*_____<br>        JULIE RANEY |
| 4 | | |
| 5 | | Attorneys for Defendant RITA L. HILL |
| 6 | | |
| 7 | DATED:  September ___, 2009 | DISABLED ACCESS PREVENTS INJURY, INC. |
| 8 | | |
| 9 | | |
| 10 | | By: */s/ Scott N. Johnson (as authorized on 9/ /09)*<br>        SCOTT N. JOHNSON |
| 11 | | Attorneys for Plaintiff SCOTT N. JOHNSON |
| 12 | | |
| 13 | DATED:  September ___, 2009 | PORTER SCOTT<br>A Professional Corporation |
| 14 | | |
| 15 | | By: */s/ Jennifer Duggan (as authorized on 9/ /09)*<br>        JENNIFER DUGGAN |
| 16 | | |
| 17 | | Attorneys for Defendant HEALTH ENHANCEMENTS NURSING, INC. dba HEALTH ENHANCEMENT (Erroneously sued as HELP ENHANCEMENTS NURSING, INC. dba HELP ENHANCEMENT) |
| 18 | | |
| 19 | | |
| 20 | Dated: September ___, 2009 | _____/s/_____<br>ERIC D. LOKEN, Individually and dba ACACIA SALON (In Propria Persona) |
| 21 | | |
| 22 | | |
| 23 | Dated: September ___, 2009 | _____/s/_____<br>SHARON LOKEN, Individually and dba ACACIA SALON (In Propria Persona) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |



STIPULATION AND ORDER FOR DISMISSAL

1 **<u>ORDER</u>**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 DATED: September 3, 2009

6 _____
FRANK C. DAMRELL, JR.
7 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL